1 **WEISSLAW LLP**
Joel E. Elkins (SBN 256020)
2 jelkins@weisslawllp.com
3 9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
4 Telephone: (310) 208-2800
Facsimile: (310) 209-2348
5
6 Attorneys for Plaintiff
Colleen Witmer

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN WITMER, on Behalf of Herself and All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IXIA, ERROL GINSBERG, BETHANY MAYER, LAURENT ASSCHER, JONATHAN FRAM, GAIL HAMILTON, ILAN DASKAL, KEYSIGHT TECHNOLOGIES, INC., and KEYSIGHT ACQUISITION, INC., <br><br> Defendants. | Case No. 2:17-cv-01483-R-AFM <br><br> Assigned To Hon. Manuel L. Real <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** <br><br> Action Filed: February 23, 2017 <br> Trial Date: None Set |

Having considered the Stipulation of Dismissal submitted by Plaintiff Colleen Witmer and Defendants, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application, if such Fee Application becomes necessary.

4. This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such notification, the Court will close the Action.

**IT IS SO ORDERED.**

Dated: _April 25, 2017_____

_____
Honorable Manuel L. Real
United States District Judge